UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>JULIAN MONDRAGON-HERNANDEZ (1),<br><br>                                Defendant. | Case No.:  10-cr-03173-H-1<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c) AND U.S.S.G. AMENDMENT 821**<br><br>[Doc. No. 287.] |

      On August 5, 2010, the Government filed an indictment charging Defendant Julian Mondragon-Hernandez, among others, with a single count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  (Doc. No. 1.) On April 13, 2011, the Government filed a six-count superseding indictment charging Defendant in count 1 with conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and criminal forfeiture, in violation of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); in count 2 with conspiracy to affect commerce by robbery and extortion, in violation of 18 U.S.C. § 1951(a); in count 3 with possession of a firearm in furtherance of a crime of violence and a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(i) and aiding and abetting in violation of 18 U.S.C. § 2; and in count 4 with illegal alien in possession of a firearm in violation of 18 U.S.C. §§

922(g)(5)(A) and 924(a)(2). (Doc. No. 51.)

Defendant proceeded to a jury trial. On November 17, 2011, a jury returned a verdict finding Defendant guilty of all four counts charged against him in the superseding indictment. (Doc. Nos. 97, 103.)

The Court held a sentencing hearing on June 14, 2012. (Doc. Nos. 163, 185.) At sentencing, the Court calculated Defendant's total combined adjusted offense level for counts 1, 2, and 4 as level 34 and his criminal history category as II, resulting in an advisory guidelines range of 168-210 months. (Doc. No. 185 at 24.) After considering the § 3553(a) factors, the Court sentenced Defendant to 168 months in custody for counts 1 and 2 and 120 months in custody for count 4 with counts 1, 2 and 4 to run concurrently and to the mandatory 60 months in custody for count 3 to run consecutive to the other counts, resulting in a total custodial sentence of 228 months. (Id. at 25, 31.) The Court entered a judgment on June 18, 2012. (Doc. No. 168.)

On June 20, 2012, Defendant appealed his conviction and sentence. (Doc. No. 169.) On November 27, 2013, the Ninth Circuit affirmed Defendant's conviction and sentence. (Doc. No. 208.)

On January 2, 2024, the parties filed a joint motion under General Order 755 for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. Amendment 821 (2023). (Doc. No. 287.) In the joint motion, the parties request that Defendant's sentence as to Counts 1 and 2 be reduced from 168 months to 151 months.[1] (Id.) The parties have supported their request with a sentencing summary chart recalculating Defendant's guidelines under Amendment 821 and U.S.S.G. § 1B1.10. (Id.)

/ / /

/ / /

/ / /

---

[1] In the joint motion, the parties clarify that they request that all other sentencing decision remain the same. (Doc. No. 287.)

2

10-cr-03173-H-1

For good cause shown, the Court grants the parties' joint motion. The Court reduces Defendant Mondragon-Hernandez's sentence as to Counts 1 and 2 to 151 months in custody. The Court will issue an amended judgment reflecting the new sentence.

**IT IS SO ORDERED.**

DATED: January 8, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

3

10-cr-03173-H-1